UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | |
| Plaintiff,       ) | |
| v.                        ) | Case No. 22-CR-20046 |
| ) | |
| FLOYD J. SHANKS II,                    ) | |
| ) | |
| Defendant.      ) | |

### ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On July 30, 2024, a Report and Recommendation (#52) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant Floyd J. Shanks II's plea of guilty as to Counts 2 through 4 of the Indictment (#9), and his agreement to the forfeiture of items described in the notice of forfeiture, are accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation report be prepared. A sentencing hearing remains set for December 2, 2024, at 1:15 pm before this court.

ENTERED this 14th day of August, 2024.

s/ Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE